

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00468-CR

John Anthony **VEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5622
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

The reporter's record in this appeal was due on September 30, 2019, but it was not filed. In a letter sent October 8, 2019, this court notified Erminia Uviedo that she is the court reporter responsible for timely filing the clerk's record, and the record had not been filed. Our notice required Uviedo to file the record no later than November 7, 2019, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to the record without paying the fee, in which case Uviedo was required to file a notice so advising the court no later than October 18, 2019. We received no response to our letter.

We order **Erminia Uviedo** to file the record in this court on or before November 26, 2019. Uviedo is advised that if the record is not received by this date, we may order her to appear and show cause why she should not be held in contempt. Uviedo is further advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court